IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Genesis Press, Inc., and<br>Genesis Publications, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>MAC Funding Corporation,<br><br>        Intervenor Plaintiff,<br><br>vs.<br><br>Carolina First Bank,<br><br>        Intervenor Plaintiff,<br><br>vs.<br><br>Hartford Casualty Insurance Company,<br><br>        Defendant. | C.A. No. 6:08-2115-HMH<br><br>**OPINION & ORDER** |

The court suspends the July 7, 2009 scheduling order deadlines and all discovery until further order of the court.

Further, Genesis Press, Inc., and Genesis Publications, LLC, are ordered to obtain counsel no later than 30 days from the date of this order. Counsel representing the Plaintiffs must file a notice of appearance immediately. **The court informs Genesis Press, Inc., and Genesis Publications, LLC, that it is well established that a corporation cannot appear pro se and must be represented by counsel in court. Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through**

**licensed counsel. . . . [T]he rationale for that rule applies equally to all artificial entities."**

**(citations omitted)); <u>Gilley v. Shoffner</u>, 345 F. Supp. 2d 563, 566-67 (M.D.N.C. 2004)**

**(holding that a limited liability company could not appear in federal court pro se).**

  **IT IS SO ORDERED.**

                s/Henry M. Herlong, Jr.
                Senior United States District Judge

September 2, 2009
Greenville, South Carolina