IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Genesis Press, Inc., and<br>Genesis Publications, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>Hartford Casualty Insurance Company,<br><br>    Defendant. | C.A. No. 6:08-2115-HMH<br><br>**VERDICT FORM** |

YOU ARE TO COMPLETE THE QUESTIONS ON THIS FORM IN NUMERICAL ORDER UNLESS THE INSTRUCTIONS DIRECT YOU TO DO OTHERWISE BASED UPON YOUR ANSWERS.

1.  **Do you find that Hartford has proven by a preponderance of the evidence that the fire at the Plaintiffs' business was of an incendiary origin, and the Plaintiffs caused the fire?**

    _____YES      ✓\_\_\_NO

    *Go to question 2.*

2.  **Do you find that Hartford has proven by clear and convincing evidence that the Plaintiffs at any time, intentionally concealed or misrepresented a material fact concerning the claim?**

    _____YES      ✓\_\_\_NO

    *Go to question 3.*

3.  **Do you find that Hartford has proven by a preponderance of the evidence that the Plaintiffs committed dishonest or criminal acts so as to void the insurance contract?**

    _____YES      ✓\_\_\_NO

    *If you answered yes to question 1, 2, <u>or</u> 3, skip to question 9. If you answered no to questions 1, 2, <u>and</u> 3, go to question 4.*

1

4.  Do you find that the Plaintiffs have been damaged by Hartford's breach of contract?

    ✓ YES       ____ NO

    *Go to question 5.*

5.  Do you find that the Plaintiffs have proven by a preponderance of the evidence that Hartford acted in bad faith in failing to pay insurance benefits under the insurance contract?

    ✓ YES       ____ NO

    *If YES, go to question 6.*

    *If NO, go to question 7.*

6.  Do you find that the Plaintiffs suffered damages as a result of Hartford's bad faith failure to pay insurance benefits?

    ✓ YES       ____ NO

    *Go to question 7.*

7.  If you answered yes to question 4 or question 6, what amount of actual damages did the Plaintiffs suffer as a result of Hartford's actions?

    $ 14,500,000.00

    *Go to question 8.*

8.  If you answered yes to question 5 and found that the Plaintiffs are entitled to damages in question 6, do you find that the Plaintiffs have established by clear and convincing evidence that they are entitled to punitive damages for Hartford's bad faith failure to pay insurance benefits?

    ____ YES       ✓ NO

    *If YES, go to question 8a.*

    *If NO, go to question 9.*

2

**8a. State the amount of the punitive damages to be awarded.**

$_____

*Go to question 9.*

9. **Do you find that the Plaintiffs were unjustly enriched by Hartford's payment of money under the insurance contract?**

    _____ YES     __✓__ NO

    If YES, *go to question 10.*

    If NO, *stop here.*

10. **If you answered yes, state Hartford's damages, if any, from said unjust enrichment.**

    $ _____ .

REDACTED
s/typed name of foreperson is on original

Dated: May 20, 2010

When you have completed this questionnaire, sign and date this verdict form and notify the Court Security Officer.

3